**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 04-67597 |
| INTERMET CORPORATION et al., | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Marci B. McIvor |
| _____ | / | |

## CERTIFICATION OF NO OBJECTION

I, Judith Greenstone Miller, co-counsel for the Unsecured Creditors Committee of Intermet Corporation, et al., certify that the ***Third Application Of FTI Consulting Inc. For Fees And Expenses For Services Rendered As Financial Advisor To The Official Committee Of Unsecured Creditors*** was filed on August 1, 2005, the Notice of Opportunity for Hearin**g** for same advising parties in interest of a twenty-day objection period was served on August 1, 2005, on all parties listed on the attached Certificates of Service; that the twenty-day period in which to file an objection has expired; and, that to date no objection to the Application has been served upon me.

JAFFE, RAITT, HEUER & WEISS, P.C.

Date: August 29, 2005

By:_____/s/ Judith Greenstone Miller_____
Jay L. Welford (P34471)
Co-Counsel to the Unsecured Creditors Committee
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
Attorney Bar No. P29208

1072670.02