Read Instructions on Back.

# TRANSCRIPT ORDER

| 1 NAME: Richard Kruger | 2 PHONE NUMBER 248-351-3000 | 3 DATE 03/13/06 |
|---|---|---|

| 4 MAILING ADDRESS 27777 Franklin Road, Ste 2500 | 5 CITY Southfield | 6 STATE MI | 7 ZIP CODE 48034 |
|---|---|---|---|

| 8 CASE NUMBER 04-67597 | 9. JUDICIAL OFFICIAL MARCI B. MCIVOR | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 3/7/06 | 11. TO 3/7/06 |

| 12 CASE NAME INTERMET CORPORATION | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY DETROIT | 14. STATE MI |

**15 ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☒ BANKRUPTCY
- ☐ OTHER (Specify)

**16 TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested)

RE: FEE APPLICATIONS 3/7/06 @ 1030AM

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

## 17 ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO OF COPIES | | |
| DAILY | ☐ | ☐ | NO OF COPIES | | |
| HOURLY | ☐ | ☐ | NO OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) | ESTIMATE TOTAL | |
|---|---|---|
| 18 SIGNATURE | PROCESSED BY | |
| 19 DATE 3-13-06 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW-TRANSCRIPTION COPY    GREEN-ORDER RECEIPT    PINK-ORDER COPY